ROBERT P. ADRIAN et al., Respondents, *v.* CITY OF NEW YORK, Appellant.

Argued June 15, 1943; decided July 20, 1943.

610

*Robert H. Schaffer, Acting Corporation Counsel,* for appellant.

*James H. Tully* and *Truman H. Luhrman* for respondents.

Judgment affirmed, with costs, on the authority of *Schneider* v. *City of New York* (289 N. Y. 785). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.